■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

ANTONIO ESTRADA, Appellant. [597 NYS2d 668] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered January 18, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the first degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

In the absence of additional facts that might have been developed had a motion been made pursuant to CPL 440.10, we cannot conclude that defendant's counsel was ineffective on this record, merely because counsel, faced with overwhelming evidence of guilt, presented a risky defense *(People v Love,* 57 NY2d 998). Accordingly, defendant has failed to show that any possible improper actions on the part of his attorney prejudiced the outcome of the trial *(People v Mackey,* 155 AD2d 297).

We have considered defendant's remaining claims, including those raised in his *pro se* supplemental brief, and find them to be without merit. Concur—Rosenberger, J. P., Ellerin, Asch and Rubin, JJ.